AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants
Charles Daniels, Michael Minev,
Martin Naughton, Danielle Richard,
Megan Sullivan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK BRAY,<br><br>               Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>               Defendants. | Case No. 3:19-cv-00394-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Mark Bray, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the agreement to settle between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Each party will bear its own attorney's fees and costs.

DATED this 18 day of Sept, 2020.   DATED this 6th day of November, 2020

                                    AARON D. FORD
                                    Attorney General

_____   By: _____
MARK BRAY         DOUGLAS R. RANDS, Bar No. 3572
*Plaintiff*         Senior Deputy Attorney General
                                    *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

DATED: November 9, 2020